139 A.3d 1185

IN THE MATTER OF OSUALDO GONZALEZ, AN ATTORNEY
AT LAW (ATTORNEY NO. 040801986).

July 21, 2016.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–202, concluding that **OSUALDO GONZALEZ** of **UNION CITY,** who was admitted to the bar of this State in 1987, should be reprimanded for violating *RPC* 1.15(b) (negligent misappropriation) and *RPC* 1.15(d)(failure to comply with record-keeping requirements of *Rule* 1:21–6), and good cause appearing;

It is ORDERED that **OSUALDO GONZALEZ** is hereby reprimanded;  and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State;  and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.